UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID WAYNE GARMON, JR.,

    Defendant.

_____/

**CLASS B MISDEMEANOR INFORMATION**

The United States Attorney charges:

(Simple Assault)

On or about March 17, 2024, in Manistee County, in Indian Country, on land that is held in trust by the United States for the use and benefit of the Little River Band of Ottawa Indians, in the Southern Division of the Western District of Michigan, the defendant,

DAVID WAYNE GARMON, JR.,

assaulted C.V., an Indian, by pushing and striking her.

18 U.S.C. § 113(a)(5)
18 U.S.C. § 1151
18 U.S.C. § 1152

MARK A. TOTTEN
United States Attorney

_____
ERIN K. LANE
Assistant United States Attorney

Date: May 14, 2024